# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Derrick Lawson,                          :
                Petitioner      :
                               :
        v.                           :          No. 1298 C.D. 2020
                               :
Pennsylvania Parole Board,               :
             Respondent      :

**PER CURIAM**                     **O R D E R**

      NOW, February 24, 2022, upon consideration of Petitioner's application for reconsideration, the application is denied.